JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. BORGER,<br><br>    Plaintiff,<br><br>    vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al.,<br><br>    Defendants. | Case No.: CV 14-6860 DSF (Ex)<br><br>JUDGMENT |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and plaintiff not having timely responded,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed as to the remaining defendant Resident Data LLC without prejudice.

    2/12/15

Dated: _____

_____
Dale S. Fischer
United States District Judge